# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Receipt 11089406
$5244.59
2-25-10
mcp

Paul R. Warren Esq.
Clerk US Bankruptcy Court
Suite 250
300 Pearl Street
Buffalo, NY 14202

February 25, 2010

RE: Kimberly Putnam
BK# 05-91145CLB



FILED
FEB 25 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Dear Paul:

    Enclosed please find Trustee check #____ payable to your Order representing unclaimed funds for Claimant Worldwide Asset Purchasing claim #4 and #41 per enclosed claims proposed distribution.

    The monies were returned to me and no current address located.

Yours truly,

Thomas J. Gaffney



# Claims Proposed Distribution

### Case: 05-91145  PUTNAM, KIMBERLY A.

| Case Balance: | $53,427.24 | Total Proposed Payment: | $53,427.24 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Clerk, U.S. Bankruptcy Court | Admin Ch. 7 | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 | 53,167.24 |
| | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | THOMAS J. GAFFNEY | Admin Ch. 7 | 67.00 | 67.00 | 0.00 | 67.00 | 67.00 | 53,100.24 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | THOMAS J. GAFFNEY | Admin Ch. 7 | 6,287.51 | 6,287.51 | 0.00 | 6,287.51 | 6,287.51 | 46,812.73 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | Claim Memo:  [Updated by Surplus to Debtor Report based on Net Estate Value: 49527.63] | | | | | | | |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 6,614.51 | 6,614.51 | 0.00 | 6,614.51 | 6,614.51 | |
| 1 | Discover Bank | Unsecured | 1,692.97 | 1,692.97 | 0.00 | 1,692.97 | 1,692.97 | 45,119.76 |
| 2 | Roundup Funding, LLC | Unsecured | 896.75 | 896.75 | 0.00 | 896.75 | 896.75 | 44,223.01 |
| 3 | 1st Financial Bank | Unsecured | 944.35 | 944.35 | 0.00 | 944.35 | 944.35 | 43,278.66 |
| 4 | Worldwide Asset Purchasing | Unsecured | 4,504.00 | 4,504.00 | 0.00 | 4,504.00 | 4,504.00 | 38,774.66 |
| 5 | CAPITAL ONE | Unsecured | 1,106.00 | 1,106.00 | 0.00 | 1,106.00 | 1,106.00 | 37,668.66 |
| 6 | CAPITAL ONE | Unsecured | 457.00 | 457.00 | 0.00 | 457.00 | 457.00 | 37,211.66 |
| 7 | CHASE | Unsecured | 991.00 | 991.00 | 0.00 | 991.00 | 991.00 | 36,220.66 |
| 8 | COLLECT AMERICA | Unsecured | 942.00 | 942.00 | 0.00 | 942.00 | 942.00 | 35,278.66 |
| 9 | DAVID'S BRIDAL | Unsecured | 2,604.00 | 2,604.00 | 0.00 | 2,604.00 | 2,604.00 | 32,674.66 |
| 10 | DIRECT MERCHANTS BANK | Unsecured | 4,500.00 | 4,500.00 | 0.00 | 4,500.00 | 4,500.00 | 28,174.66 |
| 11 | HOUSEHOLD FINANCE | Unsecured | 1,704.00 | 1,704.00 | 0.00 | 1,704.00 | 1,704.00 | 26,470.66 |
| 12 | HOUSEHOLD FINANCE | Unsecured | 711.00 | 711.00 | 0.00 | 711.00 | 711.00 | 25,759.66 |
| 13 | JC PENNEY CO. | Unsecured | 408.00 | 408.00 | 0.00 | 408.00 | 408.00 | 25,351.66 |
| 14 | LVNV FUNDING | Unsecured | 2,852.00 | 2,852.00 | 0.00 | 2,852.00 | 2,852.00 | 22,499.66 |
| 15 | MERRICK BANK | Unsecured | 1,254.00 | 1,254.00 | 0.00 | 1,254.00 | 1,254.00 | 21,245.66 |
| 16 | MIDLAND CREDIT MANAGEMENT | Unsecured | 636.00 | 636.00 | 0.00 | 636.00 | 636.00 | 20,609.66 |
| 17 | PROVIDIAN | Unsecured | 1,300.00 | 1,300.00 | 0.00 | 1,300.00 | 1,300.00 | 19,309.66 |
| 18 | THE CREDIT BUREAU | Unsecured | 1,034.00 | 1,034.00 | 0.00 | 1,034.00 | 1,034.00 | 18,275.66 |
| 19 | American Credit Control Corp. | Unsecured | 40.00 | 40.00 | 0.00 | 40.00 | 40.00 | 18,235.66 |
| 1I | Discover Bank | Unsecured | 278.37 | 278.37 | 0.00 | 278.37 | 278.37 | 17,957.29 |
| 2I | Roundup Funding, LLC | Unsecured | 147.45 | 147.45 | 0.00 | 147.45 | 147.45 | 17,809.84 |
| 3I | 1st Financial Bank | Unsecured | 155.28 | 155.28 | 0.00 | 155.28 | 155.28 | 17,654.56 |
| 4I | Worldwide Asset Purchasing | Unsecured | 740.59 | 740.59 | 0.00 | 740.59 | 740.59 | 16,913.97 |
| 5I | CAPITAL ONE | Unsecured | 181.86 | 181.86 | 0.00 | 181.86 | 181.86 | 16,732.11 |
| 6I | CAPITAL ONE | Unsecured | 75.14 | 75.14 | 0.00 | 75.14 | 75.14 | 16,656.97 |
| 7I | CHASE | Unsecured | 162.95 | 162.95 | 0.00 | 162.95 | 162.95 | 16,494.02 |

# Claims Proposed Distribution

## Case: 05-91145   PUTNAM, KIMBERLY A.

Case Balance:  $53,427.24     Total Proposed Payment:  $53,427.24     Remaining Balance:  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 8I | COLLECT AMERICA | Unsecured | 154.89 | 154.89 | 0.00 | 154.89 | 154.89 | 16,339.13 |
| 9I | DAVID'S BRIDAL | Unsecured | 428.17 | 428.17 | 0.00 | 428.17 | 428.17 | 15,910.96 |
| 10I | DIRECT MERCHANTS BANK | Unsecured | 739.93 | 739.93 | 0.00 | 739.93 | 739.93 | 15,171.03 |
| 11I | HOUSEHOLD FINANCE | Unsecured | 280.19 | 280.19 | 0.00 | 280.19 | 280.19 | 14,890.84 |
| 12I | HOUSEHOLD FINANCE | Unsecured | 116.91 | 116.91 | 0.00 | 116.91 | 116.91 | 14,773.93 |
| 13I | JC PENNEY CO. | Unsecured | 67.09 | 67.09 | 0.00 | 67.09 | 67.09 | 14,706.84 |
| 14I | LVNV FUNDING | Unsecured | 468.95 | 468.95 | 0.00 | 468.95 | 468.95 | 14,237.89 |
| 15I | MERRICK BANK | Unsecured | 206.19 | 206.19 | 0.00 | 206.19 | 206.19 | 14,031.70 |
| 16I | MIDLAND CREDIT MANAGEMENT | Unsecured | 104.58 | 104.58 | 0.00 | 104.58 | 104.58 | 13,927.12 |
| 17I | PROVIDIAN | Unsecured | 213.76 | 213.76 | 0.00 | 213.76 | 213.76 | 13,713.36 |
| 18I | THE CREDIT BUREAU | Unsecured | 170.02 | 170.02 | 0.00 | 170.02 | 170.02 | 13,543.34 |
| 19I | American Credit Control Corp. | Unsecured | 6.58 | 6.58 | 0.00 | 6.58 | 6.58 | 13,536.76 |
| SURPLUS | PUTNAM, KIMBERLY A. | Unsecured | 13,536.76 | 13,536.76 | 0.00 | 13,536.76 | 13,536.76 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 46,812.73 | 46,812.73 | 0.00 | 46,812.73 | 46,812.73 | |
| Total for Case 05-91145 : | | | $53,427.24 | $53,427.24 | $0.00 | $53,427.24 | $53,427.24 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,614.51 | $6,614.51 | $0.00 | $6,614.51 | 100.000000% |
| Total Unsecured Claims : | $46,812.73 | $46,812.73 | $0.00 | $46,812.73 | 100.000000% |