Receipt # 11089989
$181.86
nd

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

JUN 7 - 2010

Paul R. Warren Esq.
Clerk US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202

RE: Kimberly Putnam
BK# 05-91145CLB

Dear Paul:

    Enclosed please find Trustee check No. #10146 payable to your order in the amount of $181.86.

    Same is for Capital One, interest on Claim #5 sent in January 2010 and never returned or cashed.

Yours truly,

Thomas J. Gaffney

